IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE L. CROY, PAULA JOBE a/k/a PAULA KURTZ, JEFFREY D. COLLINS, CAM J. COLLINS, SHAEN D. MCELRAVY, JODY A. MCELRAVY, KAREN M. HAYWARD, RONALD C. HAYWARD, and BRAD MAGRUDER, <br><br>Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY, BOARD OF COMMISSIONERS OF RAVALLI COUNTY, WESTERN MONTANA EXCAVATION LLC, SUNNYSIDE ORCHARDS, LLC, STARLIGHT INTEREST, LLC, and JOHN DOES 1-15,<br><br>Defendants. | CV 19–77–M–DWM <br><br><br>ORDER |

Plaintiffs having filed an unopposed motion to dismiss Defendants Sunnyside Orchards, LLC and Starlight Interests, LLC with prejudice pursuant to Rule 41(a)(2),

IT IS ORDERED that the motion (Doc. 97) is GRANTED. Plaintiffs' claims against Defendants Sunnyside Orchards, LLC and Starlight Interests, LLC are DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees and costs.

1

IT IS FURTHER ORDERED that the caption shall be amended going forward to reflect that only the County Defendants remain.

DATED this 30th day of September, 2020.

_____
Donald W. Molloy, District Judge
United States District Court